**FORDHARRISON LLP**
300 Connell Drive, Suite 4100
Berkeley Heights, New Jersey 07922
Telephone: (973) 646-7300
Facsimile: (973) 646-7301

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WILLIE GREEN,<br><br>      Plaintiff,<br><br>v.<br><br>712 BROADWAY, LLC, STER DEVELOPERS, LLC, d/b/a SPRING HILL PROPERTIES, DAVID KAHANE, and JOHN DOE ENTITY d/b/a WESTWOOD ASSOCIATES,<br><br>      Defendants. | Civil Action No. 2:17-cv-00991-JMV-MF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned attorneys, that the above-captioned action be dismissed, in its entirety, with prejudice and on the merits, without costs to any parties.

KARPF, KARPF, & CERUTTI, P.C.

By: _/s/ Timothy S. Seiler_
Timothy S. Seiler, Esq.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, Pennsylvania 19020
(215) 639-0801

Date: July 5, 2018

*Attorneys for Plaintiff
Willie Green*

WSACTIVELLP 9882825.1

FORDHARRISON LLP

By: _/s/ Salvador P. Simao_
Salvador P. Simao, Esq.
300 Connell Drive, Suite 4100
Berkeley Heights, New Jersey 07922
(973) 646-7300

Date: August 28, 2018

*Attorneys for Defendants
712 Broadway, LLC, Ster Developers, LLC, and David Kahane*

9

So Ordered.

_/s/ John Michael Vazquez_

Date: 8/31/18     John Michael Vazquez, U.S.D.J.